## J. B. Williams, Appellant, v. T. J. Moss Tie Company, Appellee.

opinion filed October 28, 1940; opinion modified and rehearing denied

December 3, 1940. Lindauer & Lindauer and Sam S. Pessin, for appellant; Whitnel, Browning, Listeman & Walker, for appellee. Opinion by PRESIDING JUSTICE STONE. ''Not to be published in full.''